UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                    Plaintiff,

        -against-

THEE UNITED STATES OF AMERICA.,

                  Defendant.

25 CIVIL 10841 (GBD)

CIVIL JUDGMENT

For the reasons stated in the April 7, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 8, 2026

      New York, New York

                         /s/ George B. Daniels
                         GEORGE B. DANIELS
                    United States District Judge